Argued January 17, affirmed January 17, 1972

## STATE OF OREGON, *Respondent, v.* RICKY DWAYNE DAVIS (No. C-70-10-0150 Cr), *Appellant.*

492 P2d 829

*James T. Marquoit,* Portland, argued the cause for appellant. With him on the brief were Maizels & Marquoit, Portland.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.